07-CV-05214-STIP

The Honorable Philip H. Brandt
Tacoma, Washington
Chapter 7

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

C07-5214 RJB

| | |
|---|---|
| In Re: ) | CASE NO. 02-45306 |
| KATHLEEN L. LANDBERG, ) | CHAPTER 7 PROCEEDING |
| Debtor. ) | |
| TERRENCE J. DONAHUE, ) | ADV. PRO. NO. 06-04159 |
| Chapter 7 Trustee, ) | INTERNAL APPEAL NO. 07-T005 |
| Plaintiff, ) | BAP NO. WW-07-1150 |
| vs. ) | STIPULATION AND ORDER |
| RONALD C. LANDBERG, SR., ) | DISMISSING APPEAL |
| Defendant. ) | |

**THIS MATTER** having come on before this Court upon stipulation by the parties to dismiss the above pending appeal, as evidenced by signatures below; the Appellee, Chapter 7 Trustee Terrence Donahue, appearing by and through his attorney, Mark D. Waldron of the Law Offices ORLANDINI & WALDRON, P.S.; the Appellant, Ronald C. Landberg, Sr., pro se, having waived notice of presentation; the Debtor in bankruptcy, Kathleen Landberg, pro see, acknowledging the stipulation for dismissal by signature below; and the Court being fully advised in the premises, now, therefore it is hereby

STIPULATION AND ORDER DISMISSING APPEAL -1-

LAW OFFICES
ORLANDINI & WALDRON
A Professional Services Corporation
6711 Regents Blvd. W.
Tacoma, WA 98466
Telephone: 253.565.5800
Fax: 253.564.2998
website: orlandini-waldron.com
email: mark@orlandini-waldron.com

1  **ORDERED** that the above pending appeal be and hereby is dismissed with
2  prejudice, subject to US District Court approval. /B
3  **DONE AND ORDERED** this 15 day of May, 2007.

_____
Judge

Presented by and stipulated to:

ORLANDINI & WALDRON, P.S.

By: _____
Mark D. Waldron, WSBA #9578
Attorney for Appellee

Stipulated to, approved for entry and
Notice of presentation waived:

_____
Ronald Landberg, Sr., Appellant, pro se

Approved for entry:

_____
Kathleen Landberg, Debtor, pro se

STIPULATION AND ORDER DISMISSING APPEAL -2-

LAW OFFICES
ORLANDINI & WALDRON
A Professional Services Corporation
6711 Regents Blvd. W.
Tacoma, WA 98466
Telephone: 253.565.5800
Fax: 253.564.2998
website: orlandini-waldron.com
email: mark@orlandini-waldron.com