

07-CV-05214-STIP

The Honorable Philip H. Brandt
Tacoma, Washington
Chapter 7

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

C07-5214 RJB

In Re:

KATHLEEN L. LANDBERG,

Debtor.

TERRENCE J. DONAHUE,
Chapter 7 Trustee,

Plaintiff,

vs.

RONALD C. LANDBERG, SR.,

Defendant.

CASE NO. 02-45306

CHAPTER 7 PROCEEDING

ADV. PRO. NO. 06-04159

INTERNAL APPEAL NO. 07-T005

BAP NO. WW-07-1150

STIPULATION AND ORDER
DISMISSING APPEAL

**THIS MATTER** having come on before this Court upon stipulation by the parties to dismiss the above pending appeal, as evidenced by signatures below; the Appellee, Chapter 7 Trustee Terrence Donahue, appearing by and through his attorney, Mark D. Waldron of the Law Offices ORLANDINI & WALDRON, P.S.; the Appellant, Ronald C. Landberg, Sr., pro se, having waived notice of presentation; the Debtor in bankruptcy, Kathleen Landberg, pro see, acknowledging the stipulation for dismissal by signature below; and the Court being fully advised in the premises, now, therefore it is hereby

STIPULATION AND ORDER DISMISSING APPEAL -1-
LAW OFFICES
ORLANDINI & WALDRON
A Professional Services Corporation
6711 Regents Blvd. W.
Tacoma, WA 98466
Telephone: 253.565.5800
Fax: 253.564.2998
website: orlandini-waldron.com
email: mark@orlandini-waldron.com



1  **ORDERED** that the above pending appeal be and hereby is dismissed with
2  prejudice, subject to US District Court approval. /B
3  **DONE AND ORDERED** this 15 day of May, 2007.

_____
Judge

Presented by and stipulated to:                Stipulated to, approved for entry and
                                               Notice of presentation waived:
ORLANDINI & WALDRON, P.S.

By: _____         _____
Mark D. Waldron, WSBA #9578         Ronald Landberg, Sr., Appellant, pro se
Attorney for Appellee

                                    Approved for entry:

                                    _____
                                    Kathleen Landberg, Debtor, pro se

STIPULATION AND ORDER DISMISSING APPEAL -2-

LAW OFFICES
ORLANDINI & WALDRON
A Professional Services Corporation
6711 Regents Blvd. W.
Tacoma, WA 98466
Telephone: 253.565.5800
Fax: 253.564.2998
website: orlandini-waldron.com
email: mark@orlandini-waldron.com